```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    WESCO INSURANCE COMPANY,

                                      Plaintiff,

                  -against-

    FEDERAL INSURANCE COMPANY,

                                    Defendant.
------------------------------------------------------------- X

1:25-cv-2174-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

       This action was removed from the Supreme Court of the State of New York, County of New York, on March 17, 2025. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than March 31, 2025. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

       SO ORDERED.

Dated: March 18, 2025
       New York, New York

                                                          _____
                                                             GREGORY H. WOODS
                                                         United States District Judge