USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
WESCO INSURANCE COMPANY, *et al.*,  :
:
Plaintiffs,  :  1:25-cv-2174-GHW
:
-v -   :  ORDER
:
FEDERAL INSURANCE COMPANY,  :
:
Defendant.  :
:
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    As stated on the record during the telephone conference held on October 15, 2025, Plaintiffs' motion for summary judgment is due by December 8, 2025; Defendant's cross-motion and opposition are due five weeks after the date of service of Plaintiffs' motion for summary judgment; Plaintiffs' reply and opposition is due two weeks after the date of service of Defendant's cross-motion and opposition; and Defendant's sur-reply is due two weeks after the date of service of Plaintiffs' reply and opposition.

    SO ORDERED.

Dated: October 15, 2025

                                                                     GREGORY H. WOODS
                                                                United States District Judge